IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-02709-RPM

HECTOR MOGOLLON,

    Plaintiff,

v.

THAT PERSONAL TOUCH CATERING, INC.,

    Defendant.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal [15] filed February 13, 2013, it is

    ORDERED that this action is dismissed with prejudice, each party to bear their own costs.

    Dated: February 14th, 2013

                                               BY THE COURT:

                                               s/Richard P. Matsch
                                               _____
                                               Richard P. Matsch, Senior District Judge